1  SEYFARTH SHAW LLP
   William M. Brown (State Bar No.: 127562)
2  Diana L. Rachal (State Bar No.: 221389)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   DST OUTPUT OF CALIFORNIA, INC.
6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | BILL RANDALL,                                          )  Case No. 2:05-cv-00627 MCE GGH
                                                            )
12 |         Plaintiff,                                     )  **STIPULATION EXTENDING TIME TO**
                                                            )  **RESPOND TO PLAINTIFF'S**
13 |    v.                                                  )  **COMPLAINT**
                                                            )
14 | UNUM LIFE INSURANCE COMPANY OF                         )
   | AMERICA, UNUMPROVIDENT, OTS and/or                     )
15 | OUTPUT TECHNOLOGY SOLUTIONS                            )
   | and/or DST INNOVIS LONG TERM                           )
16 | DISABILITY PLAN, OTS, OUTPUT                           )
   | TECHNOLOGY SOLUTIONS, and DST                          )
17 | INNOVIS,                                               )
                                                            )
18 |         Defendants.                                    )
                                                            )
19                                                          )

20

21     DST related parties captioned above ("DST") and plaintiff Bill Randall, hereby stipulate

22 that DST has an additional thirty (30) days to respond to plaintiff's complaint.  DST's response

23 is now due on July 8, 2005.

24 ///

25 ///

26 ///

27 ///

28 ///

SC1 17061822.2

The parties have stipulated to a prior thirty (30) day extension of time and, therefore, request court approval of this second stipulated extension as required by Local Rule 6-144.  The additional 30 days are necessary for DST and UNUM Life to work out issues regarding the defense of this action.

DATED: June ___, 2005              SEYFARTH SHAW LLP


By_____
    Diana L. Rachal
Attorneys for Defendant
DST RELATED PARTIES


DATED: June ___, 2005              LAW OFFICES OF JESSE S. KAPLAN


By_____
    Jesse S. Kaplan
Attorneys for Plaintiff
BILL RANDALL

SC1 17061822.2

# ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED that the Court approves the Parties' Stipulation Extending Time to Respond to Plaintiff's Complaint. DST related parties, including OTS and/or OUTPUT TECHNOLOGY SOLUTIONS and/or DST INNOVIS LONG TERM DISABILITY PLAN, OTS, OUTPUT TECHNOLOGY SOLUTIONS, and DST INNOVIS, will have until July 8, 2005 to file a response.

**No further continuances will be granted for the filing of a responsive pleading.**

IT IS SO ORDERED.

Dated: June 9, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SC1 17061822.2