1   JESSE S. KAPLAN
    State Bar No. 103726
2   5441 Fair Oaks Bl. Ste. C-1
    Carmichael, CA 95608
3   (916) 488-3030
    (916) 489-9297 fax
4
    Attorney for Plaintiff
5   BILL RANDALL

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  BILL RANDALL,                    CIV-S-05-0627 MCE/GGH

12          Plaintiff,

13      v.                           STIPULATION AND ORDER PERMITTING
                                     PLAINTIFF  TO  FILE  A  SECONDED
14                                   AMENDED COMPLAINT
    DST SYSTEMS, INC., LONG
15  TERM DISABILITY PLAN

16          Defendant.
    _____/
17

18      Plaintiff BILL RANDALL and UNUM LIFE INSURANCE COMPANY OF

19  AMERICA  stipulate, by and through their respective attorneys of

20  record, that Plaintiff be permitted to file a second amended

21  complaint.

22      Good cause exists therefor, as the parties have met and

23  conferred about the first amended complaint and agreed to amendments

24  that would eliminate the need to file a motion to strike and/or

25  dismiss.

26      SO STIPULATED.

27  ///

28  ///

                                  1

DATED: June 30, 2005          */s/ Jesse S. Kaplan*

_____
JESSE S. KAPLAN
Attorney for Plaintiff


DATED: June 30, 2005          */s/ Jesse S. Kaplan*

_____
WILLIAM REILLY
RIMAC & MARTIN
ATTORNEYS FOR
UNUM LIFE INSURANCE COMPANY
OF AMERICA


The request and stipulation permitting the filing of a second amended complaint is GRANTED. Such filing must be made ten (10) days from the date of this order. Any filing of a second amended complaint prior to the date of this order is vacated and of no effect.

DATED: July 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE