1 | JESSE S. KAPLAN - State Bar No. SBN 103726
5441 Fair Oaks Blvd., Suite C-1
2 | Carmichael, CA 95608
Tel (916) 489-5953
3 | Facsimile: (916) 489-9297

4 | Attorney for Plaintiff
BILL RANDALL
5

RIMAC & MARTIN
6 | **a Professional Corporation**
ANNA M. MARTIN - State Bar No. 154279
7 | WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
8 | San Francisco, California 94115
Telephone: (415) 561-8440
9 | Facsimile: (415) 561-8430

10 | Attorneys for Defendant
DST SYSTEMS, INC.  LONG TERM DISABILITY PLAN
11

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

# *E-FILING*

| | |
|---|---|
| BILL RANDALL, | **CASE NO.  2:05-CV-00627-MCE-GGH** |
| Plaintiff, | **NOTICE OF SETTLEMENT; ORDER** |
| vs. | |
| DST SYSTEMS, INC.  LONG TERM DISABILITY PLAN, | |
| Defendant. | |

///
///
///
///
///

-1-

Plaintiff BILL RANDALL and Defendant DST SYSTEMS, INC. LONG TERM DISABILITY PLAN hereby provide the Court with Notice that this matter has settled and request that the pending dates be vacated. The parties will file a stipulation of dismissal with prejudice within thirty days.

**SO STIPULATED.**

LAW OFFICES OF JESSE S. KAPLAN

DATED: January 31, 2006   By:   /s/ **JESSE S. KAPLAN**
JESSE S. KAPLAN
Attorney for Plaintiff
BILL RANDALL

RIMAC & MARTIN
A Professional Corporation

DATED: February 3, 2006   By:   /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendant
DST SYSTEMS, INC. LONG TERM DISABILITY PLAN

**SO ORDERED.**

DATED: February 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-