UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILL RANDALL,   No. 2:05-cv-0627-MCE-GGH

    Plaintiff,

  v.   **ORDER RE: SETTLEMENT AND DISPOSITION**

DST SYSTEMS, INC. and LONG TERM DISABILITY PLAN,

    Defendants.
_____/

    Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 10, 2006.

///
///
///
///
///
///
///
///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: February 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE