1 | JESSE S. KAPLAN - State Bar No. SBN 103726
5441 Fair Oaks Blvd., Suite C-1
2 | Carmichael, CA 95608
Tel (916) 489-5953
3 | Facsimile: (916) 489-9297

4 | Attorney for Plaintiff
BILL RANDALL

RIMAC & MARTIN
**a Professional Corporation**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
DST SYSTEMS, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

# E-FILING

| | |
|---|---|
| BILL RANDALL, ) | **CASE NO. 2:05-CV-00627-MCE-GGH** |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| DST SYSTEMS, INC. LONG TERM DISABILITY PLAN, ) | |
| Defendant. ) | |

It is HEREBY STIPULATED between Plaintiff BILL RANDALL and Defendant DST SYSTEMS, INC. LONG TERM DISABILITY PLAN by and through their counsel, that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this

-1-

document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

LAW OFFICES OF JESSE S. KAPLAN

DATED: January 30, 2006    By:    /s/ **JESSE S. KAPLAN**
                                   JESSE S. KAPLAN
                                   Attorney for Plaintiff
                                   BILL RANDALL


RIMAC & MARTIN
A Professional Corporation

DATED: March 7, 2006    By:    /s/ **WILLIAM REILLY**
                                WILLIAM REILLY
                                Attorneys for Defendant
                                DST SYSTEMS, INC.  LONG TERM DISABILITY PLAN

**SO ORDERED.**

DATED: March 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE